■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE YOUNG, Appellant. [848 NYS2d 883]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision

and order of this Court dated June 1, 1999 (*People v Young,* 262 AD2d 340 [1999]), affirming a judgment of the Supreme Court, Kings County, rendered October 25, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Florio and Miller, JJ., concur.